FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants
NEVADA DEPARTMENT OF
CORRECTIONS, et al.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

ROBERT JACKSON,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 2:21-cv-01772-JAD-EJY

**SUBSTITUTION OF ATTORNEYS**

Defendants Jennifer Nash, Duane Wilson, Richard Linford, and John Roop (collectively "Defendants"), hereby substitute Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, in the above-entitled action, in the place and stead of Mandy Vogel, Esq. of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, as their attorney of record.

DATED this 27th of June, 2023.

JENNIFER NASH

DUANE WILSON

FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants
NEVADA DEPARTMENT OF
CORRECTIONS, et al.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

ROBERT JACKSON,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 2:21-cv-01772-JAD-EJY

**SUBSTITUTION OF ATTORNEYS**

Defendants Jennifer Nash, Duane Wilson, Richard Linford, and John Roop (collectively "Defendants"), hereby substitute Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, in the above-entitled action, in the place and stead of Mandy Vogel, Esq. of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, as their attorney of record.

DATED this _____ of June, 2023.

JENNIFER NASH

6/28/23

DUANE WILSON

RICHARD LINFORD

JOHN ROOP

Mandy Vogel, Esq. of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, hereby consent to the substitution of Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, in the above-entitled action, in the place and stead of her.

DATED this ___ day of June, 2023

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By ______________________________
MANDY VOGEL
Nevada Bar No. 16150
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendants*
*NEVADA DEPARTMENT OF CORRECTIONS, et al.*

///

///

///

///

///

///

///

///

///

///

RICHARD LINFORD

JOHN ROOP

Mandy Vogel, Esq. of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, hereby consent to the substitution of Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, in the above-entitled action, in the place and stead of her.

DATED this ___ day of June, 2023

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By ______________________________
MANDY VOGEL
Nevada Bar No. 16150
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendants*
*NEVADA DEPARTMENT OF CORRECTIONS, et al.*

///
///
///
///
///
///
///
///
///
///

______________________________
RICHARD LINFORD

______________________________
JOHN ROOP

Mandy Vogel, Esq. of the law firm of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, hereby consent to the substitution of Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, in the above-entitled action, in the place and stead of her.

DATED this 20th day of June, 2023

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By *[/s/ Mandy Vogel]*
MANDY VOGEL
Nevada Bar No. 16150
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendants*
*NEVADA DEPARTMENT OF CORRECTIONS, et al.*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Frank A. Toddre, II, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby accept the foregoing Substitution of Attorney for Defendants Jennifer Nash, Duane Wilson, Richard Linford, and John Roop, in the above-entitled action.

DATED this 28th day of June, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By *\/s/ Frank A. Toddre, II*
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*NEVADA DEPARTMENT OF CORRECTIONS, et al.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2023