UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01772-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's second Motion to Modify Scheduling Order. ECF No. 58. In an effort to consider this Motion and provide Plaintiff and defense counsel an opportunity to be heard, the Court sets the Motion for a Zoom video conference hearing.

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Modify Scheduling Order (ECF No. 58) is set for **April 7, 2025 at 9:30 a.m. by the Zoom videoconference.**

IT IS FURTHER ORDERED that in light of Plaintiff's in-custody status at Southern Desert Correctional Center ("SDCC"), the Warden of SDCC or his designee **must** make the necessary arrangements for Plaintiff to appear by videoconference for the hearing on **April 7, 2025 at 9:30 a.m.** The Warden of SDCC or his designee **must** email Jeff Miller, Courtroom Deputy for the undersigned Magistrate Judge, at **Jeff_Miller@nvd.uscourts.gov**, with the videoconference reservation number and the telephone number at which Plaintiff can be reached **no later than 12:00 noon on April 3, 2025**.

IT IS FURTHER ORDERED that Leo T. Hendges of the Nevada Attorney General' Office, Counsel for Defendants, is to assist the Warden of SDCC or his designee with the process, to the extent necessary, to ensure Plaintiff's ability to participate at the April 7, 2025 hearing by videoconference.

IT IS FURTHER ORDERED that Mr. Hendges **must** be present at the April 7, 2025 hearing by the Zoom videoconference. Mr. Hendges **must** email Jeff Miller, Courtroom Deputy for the undersigned Magistrate Judge, at **Jeff_Miller@nvd.uscourts.gov, by 12:00 p.m. on April 3, 2025**,

1

and provide his email address, including one for Plaintiff. Mr. Miller will then email all participants, other than Mr. Jackson, a Zoom link.

Dated this 17th day of March, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2