UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01772-JAD-EJY<br><br>**ORDER** |

Based on circumstances preventing Plaintiff from appearing at the April 7, 2025, 9:30 a.m. hearing regarding the Motion to Modify Scheduling Order (ECF No. 58),

IT IS HEREBY ORDERED that the April 7, 2025 hearing is VACATED and reset for **April 11, 2025 at 11 a.m.**

IT IS FURTHER ORDERED that based on Plaintiff's in-custody status at Southern Desert Correctional Center ("SDCC") the SDCC Warden, or his designee, must make the necessary arrangements for Plaintiff to appear at the **April 11, 2025, 11:00 a.m.** hearing by videoconference. The SDCC Warden, or his designee, must email Jeff Miller, Courtroom Deputy, at Jeff_Miller@nvd.uscourts.gov, no later than 12:00 noon on April 9, 2025 with the videoconference reservation number and the telephone number at which Plaintiff can be reached.

IT IS FURTHER ORDERED that Leo T. Hendges, counsel for Defendants, is to assist the Warden of SDCC or his designee with the process, to the extent necessary, to ensure Plaintiff's participation in the April 11, 2025 hearing.

IT IS FURTHER ORDERED that Mr. Hendges may appear at the April 11, 2025 hearing by Zoom, sending his email address to Mr. Miller no later than 12:00 p.m. on April 9, 2025.

Dated this 21st day of March, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1